160 A.3d 551

**HUNT, Justin Duncan**

v.

**STATE of Maryland**

**Pet. Docket No. 36, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2764, Sept. Term, 2015).

Petition for writ of certiorari denied.

160 A.3d 551

**IN RE: CUSTODY/GUARDIANSHIP OF I.M.**

**Pet. Docket No. 606, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 798, Sept. Term, 2016).

Petition for writ of certiorari dismissed.